JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. MERTZ, | Case No. 8:15-cv-00106 DOC-DFM |
| Plaintiff, | **JUDGMENT [25]** |
| vs. | |
| OLYMPIA FINANCIAL, LLC, et al., | |
| Defendant. | |

From the record in the above-entitled action and the Acceptance of Defendants' Offer of Judgment (Doc. 25), it appears that on August 17, 2015 Defendants made an Offer of Judgment for (1) Reasonable attorneys' fees and costs, if any, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(3) and the California Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.30(c), as determined by the Court if not agreed to by the parties, and (2) $2,001.00, inclusive of all actual and statutory damages. On August 27, 2015, Plaintiff accepted Defendant's Offer. The offer was made pursuant to Federal Rule of Civil Procedure 68 and is not an admission of wrongdoing. Therefore, judgment for Plaintiff and against the following Defendant's is entered:

OLYMPIA FINANCIAL, LLC.
TIMOTHY KRANTZ

Date:  October 21, 2015

*David O. Carter*
_____
DAVID O. CARTER, US DISTRICT JUDGE

1